IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE RUGER, SECURITY-9 PISTOL, CAL: 9MM, SERIAL NUMBER: 382-03778,<br><br>Defendant. | Case No. |

**VERIFIED COMPLAINT FOR FORFEITURE <u>IN REM</u>**

Plaintiff, United States of America, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**NATURE OF THE ACTION**

1. This is a civil forfeiture action to forfeit property subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) & (11) and 18 U.S.C. § 924(d) for violation(s) of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c).

**THE DEFENDANT <u>IN REM</u>**

2. The Defendant Property consists of the following:

   a. One Ruger, Security-9 Pistol, CAL: 9MM, SN: 382-03778, seized from James Thornton in Williston, ND, on 11/21/2023.

Defendant Property is presently in the custody of the United States Postal Inspection Service.

## JURISDICTION AND VENUE

3. The United States brings this action <u>in rem</u> in its own right to forfeit and condemn Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has <u>in rem</u> jurisdiction over the Defendant Property pursuant to 28 U.S.C. § 1355(b) and 18 U.S.C. § 981.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1) because acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

6. The Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), because it constitutes: "All moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter."

7. The Defendant Property is further subject to forfeiture pursuant to 21 U.S.C. § 881(a)(11) because it is a firearm traceable to an illegal drug exchange and/or facilitating a drug transaction.

8. The Defendant Property is further subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) because it is a firearm involved in or used in any violation of a criminal law of the United States.

## FACTS

9. On November 21, 2023, law enforcement personnel executed two simultaneous federal search warrants in Williston, North Dakota, at Subject Premises 2 and 3. The Defendant Property was located during the search warrant executed at 3602 7th St W Apt ****, Williston, ND, 58801 (Subject Premises 3), which was in the name of J.T.

10. The search warrant authorizing the search of Subject Premises 3 was based on substantial information developed in the fall of 2023 linking Subject Premises 3 to narcotics trafficking.

11. During a routine review of United States Postal Service packages destined to North Dakota, United States Postal Inspection Service (USPIS) personnel identified a suspicious Priority Mail Express package from California to Subject Premises 1. On or about September 19, 2023, USPIS obtained a federal search warrant to open the package and seized approximately 239 grams of suspected counterfeit blue M30 fentanyl pills.

12. USPIS personnel determined that an Internet Protocol (IP) address at Subject Premises 3 was used to track the suspicious Priority Mail Express package sent to Subject Premises 1.

13. Another suspicious package was sent to Subject Premises 1 on or about October 11, 2023. The package was tracked by the same IP address at Subject Premises 3, and a federal search warrant was executed on the package on October 16, 2023. Law enforcement found 110 grams of suspected counterfeit M30 fentanyl pills and 15 grams of suspected cocaine inside this package.

14. On or about November 2 and 6, 2023, additional suspicious packages were tracked from California, but this time they were sent to Subject Premises 2. Again, the IP address at Subject Premises 3 was used to track both packages. A federal search warrant was obtained for the package sent on November 6, 2023, and it was opened on November 7, 2023. That package contained 50 grams of suspected blue M30 fentanyl pills.

15. In total, USPIS personnel reviewed approximately 22 suspicious packages that were believed to have contained controlled substances. The investigation revealed 3000 grams of counterfeit blue fentanyl pills and other controlled substances directed to North Dakota.

16. A federal search warrant for Subject Premises 3 was executed on November 21, 2023, by agents from USPIS, the Drug Enforcement Administration, the North Dakota Bureau of Criminal Investigation, and others. During the search of the residence agents seized numerous firearms, including the Defendant Property.

17. Two individuals were present during the search warrant for Subject Premises 3. One of the individuals, S.P. claimed to be the girlfriend of J.T. She stated that she was not aware if J.T. dealt controlled substances, but she admitted to picking up Amazon boxes at Subject Premises 1 for J.T. Two of the three seized suspicious packages were Amazon-looking boxes. S.P.'s phone was seized as part of the search.

18. USPIS TFO Justin Phillips reviewed S.P.'s phone and found USPS tracking information related to suspicious packages sent to Subject Premises 1 and 2 that contained controlled substances.

19. After the Defendant Property was seized, law enforcement conducted a firearms trace and determined that the firearm was originally sold to K.C. Administrative forfeiture was initiated on all the firearms, and forfeiture notice was sent to K.C. K.C. made a timely claim and reported Defendant Property was stolen from her vehicle in 2022.

## CLAIM FOR RELIEF

WHEREFORE, the United States prays the Court issue an arrest warrant *in rem* as provided by Supplemental Rule G(3)(b), which the United States will execute on the Defendant Property, and further, order the Defendant Property forfeited to the United States and award any additional relief available under law, including costs and fees from any claimant to the extent that one or more claimants press a judicial claim for the Defendant Property.

Dated: April 25, 2024

                            MAC SCHNEIDER
                            United States Attorney

By:   /s/ *Matthew D. Greenley*
       MATTHEW D. GREENLEY
       Assistant United States Attorney
       MN Bar ID 034252X
       655 First Avenue North, Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       matthew.greenley@usdoj.gov
       Attorney for United States

## CERTIFICATION

I, TFO Justin Phillips, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the United States Postal Inspection Service, that I have read the foregoing Verified Complaint For Forfeiture <u>In Rem</u> and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief, and as to those matters, I believe them to be true. The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others.

I hereby verify and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: April 25, 2024

                                                                                              _____
                                                                                              JUSTIN PHILLIPS, TFO
                                                                                              United States Postal Inspection Service